UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Kevin Legendre, et al

                    v.                                Civil No. 11-cv-271-JD

GC Services, LP


O R D E R

The court declines to adopt the submitted discovery plan.  Local Rule 26.1 requires that submitted discovery plans "shall substantially conform to Civil Form 2, Sample Discovery Plan."  The submitted discovery plan does not address a number of items contained in Civil Form 2, most notably not containing a proposed trial date, dates for the exchange of a demand and offer, a date by which mediation (if any) will occur, a deadline for challenges to expert testimony, or specific deadlines for a motion to dismiss and summary judgment.  Thus, the parties shall confer and re-submit a discovery plan that substantially conforms with, and addresses the content contained in, the Sample Discovery Plan (Civil Form 2) on or before August 24, 2011.

SO ORDERED.


August 10, 2011                        /s/ Daniel J. Lynch
                                       Daniel J. Lynch
                                       United States Magistrate Judge


cc:   Angela Troccoli, Esq.
      Andrew Schneiderman, Esq.
      Geoffrey Coan, Esq.
      Ranen Schechner, Esq.