UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KEVIN & SHERRIE LEGENDRE**<br>Plaintiffs,<br><br>v<br><br>**GC SERVICES, LP.**<br>Defendant | )<br>)<br>)<br>)<br>) Case No.: 1:11-cv-00271 JD<br>)<br>)<br>) **STIPULATION OF DISMISSAL**<br>) **WITH PREJUDICE OF ALL CLAIMS**<br>) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this action, including all claims, with prejudice.

Respectfully submitted,

Plaintiffs, Kevin & Sherrie Legendre
By their Attorney

/s/Angela K. Troccoli
Angela K. Troccoli, Esquire
Bar Id# 18539
Kimmel & Silverman PC
136 Main Street, Suite 301
Danielson, CT 06239
(860)866-4380
atroccoli@creditlaw.com

Defendant, GC Services, LP
By their Attorneys

/s/ Andrew M. Schneiderman
Andrew Schneiderman, Esquire, *pro hac counsel*
Geoffrey M. Coan, Esquire, Bar Id#16216
Hinshaw & Culbertson, LLP
28 State Street, 24th Floor
Boston, MA 02109
(617) 213-7000
aschneiderman@hinshawlaw.com

Dated: December 2, 2011